# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Darlene M. Helms, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00706-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Nancy A. Berryhill, | ) | |
| | ) | |
| Defendant(s). | | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 23, 2019 Order.

January 23, 2019

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court